UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL A. DIMITROFF,

      Plaintiff,

   v.

FRANK BISIGNANO, Commissioner of Social Security,

      Defendant.

Case No. 2:25-cv-01185-EJY

**ORDER**

On February 21, 2026 the Court ordered Plaintiff to show cause for why his case should not be dismissed based on Plaintiff's failure to file an Opening Brief. ECF No. 10. Plaintiff responded on March 5, 2026, outlining the medical issues he has experienced since filing the Complaint, which prevented him from filing an Opening Brief. ECF No. 11. The Court finds Plaintiff has shown cause for his failure to file an Opening Brief and grants his request for an additional 60 days to do so.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Opening Brief shall be due **May 8, 2026.**

Dated this 9th day of March, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1